UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X

CHRISTOPHER D'ARPA, JOSUE JOEL
PUJOLS-VASQUEZ, DESMOND MITCHELL,
EDGAR PADILLA, individually and on behalf of all    Docket No. 12-CV-1120
other persons similarly situated,                                   (JG)(RER)

                        Plaintiffs,            District Judge GLEESON
                                           Magistrate Judge REYES

                        -against-

RUNWAY TOWING CORP., RUNWAY
TOWING & RECOVERY CORP., CYNTHIA
PRITSINEVELOS; CHRIS PRITSINEVELOS,
JOHN DOES # 1-10; XYZ CORPORATIONS # 1-10,
jointly and severally,

                        Defendants.

--------------------------------------------------------------------------X

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and annexed materials, Plaintiffs by their undersigned attorneys, shall move the Court before the Honorable John Gleeson at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, on December 4, 2013 at 10:00 a.m., to grant Plaintiffs' motion for final approval of collective action and class action settlement.

Dated: Great Neck, New York
        November 26, 2013

                                                          Gary Rosen Law Firm, P.C.
                                                          By:
                                                          Gary Rosen, Esq. (GR-8007)
                                                          1010 Northern Boulevard, Suite 322
                                                          Great Neck, New York 11021
                                                          516-437-3400
                                                          *Attorneys for Plaintiffs FLSA Collective*
                                                          *Plaintiffs, and the Class*