## CLAIM FORM

Fill out this form if you worked as a tow truck driver, dispatcher, office personnel, yard man, mechanic or similar position for Runway Towing Corp. from March 7, 2006 to the present date

If you fill out this form and mail it in, you will be paid out of the Class Settlement Amount based upon the days that you worked for Runway Towing Corp. between March 7, 2006 and the present date, the times of day that you started and finished each day that you worked for Runway Towing Corp. between March 7, 2006 and the present date and the amount of money that you received from Runway Towing Corp. between March 7, 2006 and the present date for each week that you worked.

1.    Write your name and current address in the boxes below:

Name: _____  _____  _____
               First Name            Middle Name            Last Name

Address: _____
                             Street Address

_____, _____  _____
            City                   State        Zip Code

_____  _____
  Home Phone Number            Cell Phone Number

2.    For identification purposes only, provide the last four digits of your Social Security Number. This information will not be shared with anyone.

3.    I worked for Runway Towing Corp. from _____ to _____ .

4.    I was paid $_____ per day or $_____ per hour by Runway Towing Corp.

5.    I was paid overtime pay by Runway Towing Corp. at the rate of time and one half of my regular rate of pay? **YES or NO** (CIRCLE ONE)

6.    I am attaching to this Claim Form, a listing of the dates and times that I worked for Runway Towing Corp. and a listing of the pay that I received from them.

7.    I affirm that the information I have provided on this Claim Form is true and correct to the best of my knowledge. I understand that I will receive only ONE payment from this settlement and can only submit one claim form.

Date: _____, 2013      Signature: _____

| | Date of the Week Ending that I worked | Number of Hours worked that week | Pay that I received that week |
|---|---|---|---|
| *example:* | *5/9/2010* | *60* | *$* | *600.00* |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# REMINDER

-        Please Remember To Sign In Number 7 above.

-        Mail This Claim Form By NOVEMBER 1, 2013 in the enclosed self-addressed envelope to the Plaintiffs' Counsel.

-        Plaintiffs' Counsel may not recommend payment to you, or request proof as to the dates and times that you worked for Runway Towing Corp. and the amount of money paid to you if the Defendants' records do not show that you are a member of the Class.

-        Retaliation by Defendants against Class members for participating in or excluding themselves from this settlement is strictly prohibited by law. If you participate in this settlement, the fact of your participation is not being shared with Defendants, although they may discover your participation based on court filings.