11/1/13

Clerk of the Court
United States District Court
225 Cadman Plaza,
Brooklyn, NY 11201

I, Samuel Jeremiah, residing at 1090 N Alleghany Ave #8, Lindenhurst, NY 11757 wish to opt-out of the lawsuit with "D'Arpa et al. v. Runway Towing Corp." I no longer work for the company and do not want to be a part of the settlement.

Thank you,
Samuel Jeremiah

Phone - 718-608-7667
SSN # 4367
Case number - 12-CV-1120 - D'Arpa V Runway

Samuel Jeremiah
090 N Alleghany Ave #8
Lindenhurst, NY 11757



GARY ROSEN LAW FIRM, P.C.
1010 Northern Boulevard, Suite 322
Great Neck, New York 11021

11021$5323 C072