| PART II SETTLEMENT FUND - $75,000 | | |
|---|---|---|
| Total funds to be paid by Defendants | $ 75,000.00 | |
| Less: Administration Fees to Gary Rosen Law Firm, P.C. | $ (7,500.00) | |
| Available for Distribution | $ 67,500.00 | |
| | | |
| Total Claims: | | 97.0318 % of claim resulting in payment to claimant |
| Miguel Vasquez | $ 6,000.00 | $ 5,821.91 |
| Alexander Hurtado | $ 52,634.62 | $ 51,072.30 |
| Deodath Parbu | $ 5,867.72 | $ 5,693.55 |
| Shabab Choudhury | $ 5,062.50 | $ 4,912.23 |
| Total Claims: | $ 69,564.84 | |
| Each claim will be reduced to a proportionate share of the $67,500 available funds to 97.0318% of claim | TOTAL | $ 67,500.00 |