# CLAIM FORM

Fill out this form if you worked as a tow truck driver, dispatcher, office personnel, yard man, mechanic or similar position for Runway Towing Corp. from March 7, 2006 to the present date

If you fill out this form and mail it in, you will be paid out of the Class Settlement Amount based upon the days that you worked for Runway Towing Corp. between March 7, 2006 and the present date, the times of day that you started and finished each day that you worked for Runway Towing Corp. between March 7, 2006 and the present date and the amount of money that you received from Runway Towing Corp. between March 7, 2006 and the present date for each week that you worked.

1. Write your name and current address in the boxes below:

   Name: SHABAB / Z. / CHOUDHURY
         First Name    Middle Name    Last Name

   Address: 642 PARK Ave 6B
         Street Address

   BROOKLYN , N-Y 11714
       City    State    Zip Code

   347-420-5599 . 347-642-1924
   Home Phone Number    Cell Phone Number

2. For identification purposes only, provide the last four digits of your Social Security Number. This information will not be shared with anyone.

3. I worked for Runway Towing Corp. from _____ to _____.

   *[margin note: 12 hours - 5 days-week - Driver.]*

4. I was paid $ 90.00 per day or $ 7.50 per hour by Runway Towing Corp.

5. I was paid overtime pay by Runway Towing Corp. at the rate of time and one half of my regular rate of pay? YES or (NO) (CIRCLE ONE)

6. I am attaching to this Claim Form, a listing of the dates and times that I worked for Runway Towing Corp. and a listing of the pay that I received from them.

7. I affirm that the information I have provided on this Claim Form is true and correct to the best of my knowledge. I understand that I will receive only ONE payment from this settlement and can only submit one claim form.

   Date: 10-31-, 2013    Signature: /s/

| | Date of the Week Ending that I worked | Number of Hours worked that week | Pay that I received that week | |
|---|---|---|---|---|
| example: | 5/9/2010 | 60 | $ 600.00 | |
| | | 85 | 637.50 | High pay. |
| start. | 02/5/2010. | | | |
| END | 08/27/2010. | | | |

**Employee:** SHABAB CHOUDHURY

**Employer:** Runway Towing Corp.

| | |
|---|---|
| Underpaid Wages | $ 2,250.00 |
| Liquidated Damages (FLSA) | $ 2,250.00 |
| Liquidated Damages (NYS) | $ 562.50 |
| Pre-Judgment Interest | |
| Unpaid FICA | |

| | |
|---|---|
| Interest Calculation Date | 9/1/2013 |
| Liquidated Damages - FLSA | 100% |
| Liquidated Damages - NYS | 25% |
| FLSA (statute of limitations) | 3/7/2009 |
| NYS (statute of limitations) | 3/7/2006 |

**Total Underpayment of Wages, Underpayment of Overtime Pay, Liquidated Damages,**  $ 5,062.50

| Week Ending | Amount Paid | Daily Pay | Hourly Pay | Total Hours Worked | Wages Paid | Total Weekly Paid Due | Underpayment | Liquidated Damages under the FLSA | Liquidated Damages under the State Law | Pre-Judgment Interest @ 9% per annum | Days for Interest Calculations | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/5/2010 | | $ 90.00 | $ 7.50 | 60.00 | $ 450.00 | $ 525.00 | $ 75.00 | $ 75.00 | $ 18.75 | $ - | 1,304 | $ 168.75 |
| 2/12/2010 | | $ 90.00 | $ 7.50 | 60.00 | $ 450.00 | $ 525.00 | $ 75.00 | $ 75.00 | $ 18.75 | $ - | 1,297 | $ 168.75 |
| 2/19/2010 | | $ 90.00 | $ 7.50 | 60.00 | $ 450.00 | $ 525.00 | $ 75.00 | $ 75.00 | $ 18.75 | $ - | 1,290 | $ 168.75 |
| 2/26/2010 | | $ 90.00 | $ 7.50 | 60.00 | $ 450.00 | $ 525.00 | $ 75.00 | $ 75.00 | $ 18.75 | $ - | 1,283 | $ 168.75 |
| 3/5/2010 | | $ 90.00 | $ 7.50 | 60.00 | $ 450.00 | $ 525.00 | $ 75.00 | $ 75.00 | $ 18.75 | $ - | 1,276 | $ 168.75 |
| 3/12/2010 | | $ 90.00 | $ 7.50 | 60.00 | $ 450.00 | $ 525.00 | $ 75.00 | $ 75.00 | $ 18.75 | $ - | 1,269 | $ 168.75 |
| 3/19/2010 | | $ 90.00 | $ 7.50 | 60.00 | $ 450.00 | $ 525.00 | $ 75.00 | $ 75.00 | $ 18.75 | $ - | 1,262 | $ 168.75 |
| 3/26/2010 | | $ 90.00 | $ 7.50 | 60.00 | $ 450.00 | $ 525.00 | $ 75.00 | $ 75.00 | $ 18.75 | $ - | 1,255 | $ 168.75 |
| 4/2/2010 | | $ 90.00 | $ 7.50 | 60.00 | $ 450.00 | $ 525.00 | $ 75.00 | $ 75.00 | $ 18.75 | $ - | 1,248 | $ 168.75 |
| 4/9/2010 | | $ 90.00 | $ 7.50 | 60.00 | $ 450.00 | $ 525.00 | $ 75.00 | $ 75.00 | $ 18.75 | $ - | 1,241 | $ 168.75 |
| 4/16/2010 | | $ 90.00 | $ 7.50 | 60.00 | $ 450.00 | $ 525.00 | $ 75.00 | $ 75.00 | $ 18.75 | $ - | 1,234 | $ 168.75 |
| 4/23/2010 | | $ 90.00 | $ 7.50 | 60.00 | $ 450.00 | $ 525.00 | $ 75.00 | $ 75.00 | $ 18.75 | $ - | 1,227 | $ 168.75 |
| 4/30/2010 | | $ 90.00 | $ 7.50 | 60.00 | $ 450.00 | $ 525.00 | $ 75.00 | $ 75.00 | $ 18.75 | $ - | 1,220 | $ 168.75 |
| 5/7/2010 | | $ 90.00 | $ 7.50 | 60.00 | $ 450.00 | $ 525.00 | $ 75.00 | $ 75.00 | $ 18.75 | $ - | 1,213 | $ 168.75 |
| 5/14/2010 | | $ 90.00 | $ 7.50 | 60.00 | $ 450.00 | $ 525.00 | $ 75.00 | $ 75.00 | $ 18.75 | $ - | 1,206 | $ 168.75 |
| 5/21/2010 | | $ 90.00 | $ 7.50 | 60.00 | $ 450.00 | $ 525.00 | $ 75.00 | $ 75.00 | $ 18.75 | $ - | 1,199 | $ 168.75 |
| 5/28/2010 | | $ 90.00 | $ 7.50 | 60.00 | $ 450.00 | $ 525.00 | $ 75.00 | $ 75.00 | $ 18.75 | $ - | 1,192 | $ 168.75 |
| 6/4/2010 | | $ 90.00 | $ 7.50 | 60.00 | $ 450.00 | $ 525.00 | $ 75.00 | $ 75.00 | $ 18.75 | $ - | 1,185 | $ 168.75 |
| 6/11/2010 | | $ 90.00 | $ 7.50 | 60.00 | $ 450.00 | $ 525.00 | $ 75.00 | $ 75.00 | $ 18.75 | $ - | 1,178 | $ 168.75 |
| 6/18/2010 | | $ 90.00 | $ 7.50 | 60.00 | $ 450.00 | $ 525.00 | $ 75.00 | $ 75.00 | $ 18.75 | $ - | 1,171 | $ 168.75 |
| 6/25/2010 | | $ 90.00 | $ 7.50 | 60.00 | $ 450.00 | $ 525.00 | $ 75.00 | $ 75.00 | $ 18.75 | $ - | 1,164 | $ 168.75 |
| 7/2/2010 | | $ 90.00 | $ 7.50 | 60.00 | $ 450.00 | $ 525.00 | $ 75.00 | $ 75.00 | $ 18.75 | $ - | 1,157 | $ 168.75 |
| 7/9/2010 | | $ 90.00 | $ 7.50 | 60.00 | $ 450.00 | $ 525.00 | $ 75.00 | $ 75.00 | $ 18.75 | $ - | 1,150 | $ 168.75 |
| 7/16/2010 | | $ 90.00 | $ 7.50 | 60.00 | $ 450.00 | $ 525.00 | $ 75.00 | $ 75.00 | $ 18.75 | $ - | 1,143 | $ 168.75 |
| 7/23/2010 | | $ 90.00 | $ 7.50 | 60.00 | $ 450.00 | $ 525.00 | $ 75.00 | $ 75.00 | $ 18.75 | $ - | 1,136 | $ 168.75 |
| 7/30/2010 | | $ 90.00 | $ 7.50 | 60.00 | $ 450.00 | $ 525.00 | $ 75.00 | $ 75.00 | $ 18.75 | $ - | 1,129 | $ 168.75 |
| 8/6/2010 | | $ 90.00 | $ 7.50 | 60.00 | $ 450.00 | $ 525.00 | $ 75.00 | $ 75.00 | $ 18.75 | $ - | 1,122 | $ 168.75 |
| 8/13/2010 | | $ 90.00 | $ 7.50 | 60.00 | $ 450.00 | $ 525.00 | $ 75.00 | $ 75.00 | $ 18.75 | $ - | 1,115 | $ 168.75 |
| 8/20/2010 | | $ 90.00 | $ 7.50 | 60.00 | $ 450.00 | $ 525.00 | $ 75.00 | $ 75.00 | $ 18.75 | $ - | 1,108 | $ 168.75 |

**Employee:** SHABAB CHOUDHURY

**Employer:** Runway Towing Corp.

| | |
|---|---|
| Interest Calculation Date | 9/1/2013 |
| Liquidated Damages - FLSA | 100% |
| Liquidated Damages - NYS | 25% |
| FLSA (statute of limitations) | 3/7/2009 |
| NYS (statute of limitations) | 3/7/2006 |

| | |
|---|---|
| Underpaid Wages | $ 2,250.00 |
| Liquidated Damages (FLSA) | $ 2,250.00 |
| Liquidated Damages (NYS) | $ 562.50 |
| Pre-Judgment Interest | |
| Unpaid FICA | |

**Total Underpayment of Wages, Underpayment of Overtime Pay, Liquidated Damages,** $ 5,062.50

| Week Ending | Amount Paid | Daily Pay | Hourly Pay | Total Hours Worked | Wages Paid | Total Weekly Paid Due | Underpayment | Liquidated Damages under the FLSA | Liquidated Damages under the State Law | Pre-Judgment Interest @ 9% per annum | Days for Interest Calculations | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/27/2010 | | $ 90.00 | $ 7.50 | 60.00 | $ 450.00 | $ 525.00 | $ 75.00 | $ 75.00 | $ 18.75 | $ - | 1,101 | $ 168.75 |
| | | | | | $ 13,500.00 | $ 15,750.00 | $ 2,250.00 | $ 2,250.00 | $ 562.50 | $ - | | $ 5,062.50 |